DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Tisha M. Roark

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-mj-00013 DLB |
| *Plaintiff*, | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |
| v. | |
| TISHA M. ROARK, | |
| *Defendant*. | |

Defendant Tisha Roark, hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On January 25, 2006, Ms. Roark appeared before this court regarding an Out of District Warrant on an indictment out of the Southern District of Florida, and was ordered released from custody under the supervision of Pretrial Services and a $100,000 real property bond. A certified deed of trust and straight note were provided to this court by Raquel Tillery on February 8, 2006. *See E.D. CA docket, attached as Exhibit 1*.

Ms. Roark has made her appearances in Florida as required, and on February 24, 2006, appeared before U.S. Magistrate Judge Robert L. Dube, who approved a $100,000 surety bond w/special conditions posted by Defendant Roark in that District. *See S.D. Florida Docket at attached as Exhibit 2*.

Since Ms. Roark has met the conditions required by this court in this matter, and a $100,000 surety bond has been posted in the Southern District of Florida to insure her continued appearances there, she

1 requests that the court exonerate the bond set by this court and reconvey title to the real property securing
2 the bond, located at 704 Brookvale Drive, Modesto, CA, 95355, to Ms. Raquel Tillery.

4 DATED: July 11, 2006              /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
5                                   Attorney for
                                    Tisha Roark

## O R D E R

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property be reconveyed to Mr. Raquel Tillery.

DATED: August 24, 2006             /s/ Dennis L. Beck
                                   Hon. Dennis L. Beck
                                   U.S. Magistrate Judge

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property